**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-20120-CR-GAYLES**

UNITED STATES OF AMERICA,

v.

DANIEL JAY MOTHA,

Defendant.

# EXHIBIT 1

## Letters of Support

Submitted with Defendant's Sentencing Memorandum
and Motion for a Downward Variance

*Twenty letters, spanning thirty-five years*

# INDEX OF LETTERS


**FAMILY**

1. **Nicole Cuellar** *Wife* . . . . 3
2. **Ronald Motha** *Father* . . . . 5
3. **Susan Motha** *Mother* . . . . 7
4. **Jeffrey Motha** *Brother* . . . . 9
5. **Kirsty Motha** *Sister-in-law* . . . . 11
6. **Merci Serrano** *Mother-in-law* . . . . 14

**PROFESSIONAL**

7. **Jose Boschetti** . . . . 16
   *Founder and Chief Executive Officer, The Boschetti Group; former employer, twenty-one years*
8. **Jennifer Duran** *Former colleague, more than fifteen years* . . . . 18

**COMMUNITY**

9. **Nazeem Hasan, M.A., CCC-SLP** *Program Director, The Little Lighthouse Foundation* . . . . 20

**FRIENDS**

10. **Rob Obi-Tabot** *Friend since the third grade* . . . . 22
11. **Jeffrey Jenkins** *Friend, more than twenty years* . . . . 24
12. **Bradley Shapiro** *Friend and former roommate, nearly twenty years* . . . . 26
13. **Frank Astor** *Friend since freshman year of college* . . . . 28
14. **Daniel Norber** *College roommate and groomsman* . . . . 30
15. **Rafael Jadoo** *Friend, nearly twenty years* . . . . 32
16. **Robert Loredo** *Friend, more than twenty years* . . . . 34
17. **Mayra Pinos** *Friend, more than twenty years* . . . . 36
18. **Shavon Whitehead** *Friend, twelve years* . . . . 38
19. **Nashmia Khan** *Friend, ten years* . . . . 40

**TREATING CLINICIAN**

20. **Eri Cela, LMFT** *Treating psychotherapist* . . . . 42


*Page numbers refer to the sequential pagination stamped at the foot of each page.*

The Honorable Darrin P. Gayles
United States District Judge
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Gayles,

My name is Nicole Cuellar, and I am DJ's wife writing in support of my husband, Daniel "DJ' Motha. I met DJ eleven years ago, and we have been together for ten of them. I know it is an impossible task to compress a decade of love into a few pages, but I hope what follows gives you a brief true and honest picture of mt husband.

DJ has always been kindhearted, reflective, considerate, and humble, sometimes to a fault. When we first started dating, I remember wondering if he was struggling to get by. He drove a used car and still had roommates, long after most of his friends had moved in with partners or gotten married. He was clearly intelligent, and I couldn't reconcile the two. It took me years to understand that DJ was playing the longer game than the one everyone else seemed to be playing. What he wanted was never status or spectacle, it was the kind of stability that lets you actually take care of the people you love. Even at the height of his career, he never let go of that same frugality and humility. It is one of the many attributes I love about him, and I know other do too. His goals are never rooted in ego.

My husband is generous, and I doubt I'm the only one who will tell you so. He is generous with his heart, his time, and his attention. The kind of generosity that has nothing to prove. He gives people the rare gift of being accepted exactly as they are, regardless of where they come from or what they believe. I would be remiss not to say that it is DJ who has taught me the gentleness in accepting people as they are, and the importance of staying open to life's possibilities. He carries a generosity that most people keep guarded. A few months into dating, he found out about credit card debt I was racking up while a recent broke college graduate who was surviving on the salary of my first real job. DJ offered to loan me the money to pay off debt so I wouldn't spend years bleeding interest. It wasn't romantic. It was practical, and it was exactly what I needed. One that didn't necessarily make him feel good, but rather looked after my well-being, and that is what he continues to demonstrate years later into our marriage. And I am only one name on a long list. His parents, his brother, his friends, former coworkers, his community – they have all stood on the receiving end of his generosity.

That same instinct, to value people simply for who they are, is what has made DJ a builder of community everywhere he goes. He brings people together. He does not let relationships lapse just because of time or distance themselves. You can see it in how he is able to maintain long-term relationships with family and friends. You can see it in how he values putting in the time to make a difference with underprivileged kids. And I hope you can see it clearly now, in the

fact that he has a community standing by him through the hardest years of his life. That kind of loyalty is earned, and it is clear he has built the respect in his career and outside of it.

The last several years have been the hardest of our lives, as you may understand. DJ and I have spent countless nights talking through what happened and where he could have done better. If anyone on this earth has heard his truest, most unguarded thoughts, it is me and I can tell you that his regret is real. He regrets not acting sooner. He regrets not speaking up when it mattered. He regrets succumbing to fearing a confrontation that might have changed his outcome. But, when everything came crashing down, DJ made himself available to Judge Fine when the Judge was placed as the new manager even though DJ was no longer employed by the company. He didn't disappear but answered calls and tried to make it right. He stayed and faced whatever came after from a situation he did not build alone. To me, that is not the behavior of a person avoiding accountability.

You may already know that we have a son, Levi, and imagining our son during these crucial years without his father is more than hard. I say often that DJ was made to be a father. He is patient with Levi, silly with him, protective, and endlessly affectionate. If I could choose his father all over again, knowing everything I know now, I would still choose DJ. My postpartum period has not been easy, and through it all, DJ has been the rock of our family – steady and present, even while everything around him was filled with uncertainty and pressure. He has been our financial support and advisor as much as our emotional one. He is not simply my husband. He is the person I lean on, and as much strength as a mother can hold, I don't know how I would have done the last year and a half without him. Besides, he is, without question, Levi's favorite person in the world.

DJ wants nothing more than the chance to keep showing up for Levi, for our family, for his friends, and for the community he has spent his life building. I know exactly who he is when no one is asking anything of him, and I know the only thing that comes next for him, if given the chance, is the opportunity to keep being the person I have just described to you but better.

His absence would be felt by every single person he has touched. Starting with the smallest one, who calls him Dad.

Thank you for your time and consideration when making your decision.

Nicole Cuellar
954.918.1633
cuellar.m.nicole@gmail.com

9/3/2026

The Honorable Darrin P. Gayles

United States District Judge

Southern District of Florida

400 North Miami Ave

Miami, FL 33128

Dear Judge Gayles,

My name is Ron Motha. I am an electrician and the father of Daniel Motha who goes by DJ. I am a man a few words, so I will get right to it.

DJ started working alongside me when he was very young, at my job sites and at home, doing whatever needed to be done. Mowing the lawn, working on projects around the house, learning how things work by doing them. From the beginning he showed up, did the work, and didn't complain. That told me a lot about who he was going to be.

As DJ worked with me at my jobs, he became one of my best employees because he was reliable and carried out his responsibilities without supervision. Once he got older, I would leave him in charge of jobs where he had to deal with problems on the job, such as dealing with homeowners and workers, and mechanical issues that would come up. DJ did this competently and consistently making good decisions and I saw that he was trustworthy and he knew how to handle himself in challenging situations. I saw he had picked up my values of hard work and honesty by the way the way he dealt with people and problems.

I want to tell you about DJ as a father because I think it matters. DJ has a young son of his own and I see how he deals with him and I know that he will bring his son up in a great way. I see the same things I tried to give DJ being passed on to Levi, the presence, the patience, the commitment to being there. I hope I live long enough to watch my grandson grow up with those same values. For that to happen, DJ needs to be home. A boy needs his father.

I know why DJ is before your Court. I won't pretend otherwise. What I will tell you is that in all of the years that I have known my son, I have never seen him do anything I would consider dishonest or wrong. This is not who he is. He made serious mistakes and he knows it, and I know he is prepared to do whatever it takes to make things right.

DJ is of great value to his wife, son, and the rest of our family. I am asking you to give him the chance to show that, to be present for his son the way a father should be, and to make good on the obligations he has accepted. I am confident he will not let anyone down.

Thank you for reading this.

Respectfully,

Ron Motha

Ron Motha

508-400-4471

Srdj27@aol.com

Susan Motha
27 Knight Rd
Framingham, MA 01701

8/31/2026

The Honorable Darrin P. Gayles
United States District Judge
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Gayles,

My name is Susan Motha and I am the proud mother of Daniel "DJ" Motha. Since a very early age, DJ has been a joy in every way and has always made me proud; so proud that I couldn't even share how proud I was and am with others. There are no edges to DJ. He is kind, thoughtful, and a most caring son. My father always said that he is easy to love and he is. People who meet him are immediately impressed by his genuine nature, his upbeat personality, his intelligence and trustworthiness.

We are a family who lives in a three-bedroom split level in a suburb of Boston. We, as parents, have worked hard to bring our children up to be productive members of society. From a very young age DJ was expected to contribute to the family, not for allowance, but because that's what families do for each other.

My husband is a self-employed Electrician and I have always worked in Human Resources, for the last 30 years of my career in healthcare and hospitals. DJ willingly worked alongside my husband doing whatever was asked; in the yard mowing the lawn, doing related electrical work, and major house construction and repairs without any complaint, even to this day. He was happy to get a job at 18 years old in the kitchen at UMass Memorial Medical Center, a safety-net hospital in Worcester, Massachusetts in the kitchen, working as a dishwasher on his feet in a hot environment every day. That taught him things that I could not.

DJ has also always been appreciated by authority figures in his life. From parents of his friends to teachers, coaches, and camp counselors. He always got great reports about his positive and cooperative attitude and his excellent performance in whatever he committed to. He applied for and was accepted into a special construction program at the Beckett YMCA camp in Massachusetts for the summer where they built important and necessary buildings, porches, decks at the camp when he was 13 years old. He loved it.

He has also has had excellent relationships with his employers and his work colleagues where he thrived and held positions of visibility and requiring trust with the things valued by others.

There are many more foundational qualities that I can ascribe to my son, but I will move onto his adulthood.

DJ as a humble, understated and grounded person who has consistently lived a modest and uncomplicated life, placing little importance on material possessions or outward displays of success. Before he was in a committed relationship, until about 4 or 5 years ago, DJ lived with roommates

and drove a ten-year-old car, never feeling the need to impress others with expensive possessions. And when he and his wife were married, they chose a small, simple wedding that reflected their values and preferences rather than extravagance. And it was perfect.

Watching DJ as a father has been the greatest joy of my life. He is a very involved father. There is nothing he won't do for and with his little boy who is 20 months old now. He is a nurturing daddy, doing everything with Levi. He bathes him, he feeds him, he plays with him, he cooks for him. He changes his diapers. He talks to him, teaching him solid values. He helps his wife do everything necessary to bring up a child in a secure, loving environment. They are so bonded at this point, and I am certain that they will continue to create a safe and secure and loving home for this little boy, my grandson.

When the company where DJ worked went into new management and he was laid off, DJ did not hide or walk away. Although he was no longer receiving a paycheck, he continued for months to assist the new manager, a retired local judge, with the liquidation of the company's assets. He approached that difficult situation with dignity and humility, doing everything he could to help make sure that the vendors got paid and to help bring the process to a responsible conclusion.

I believe that a person is more than any single circumstance in their life. DJ has consistently demonstrated kindness, integrity, humility, responsibility, and genuine care for others over many years. The situation before the Court does not define who he is.

I consider myself fortunate to be his mother. It has been the most meaningful part of my life to watch DJ grow into a caring son, devoted husband, loving father, and respectful man. I hope the Court will consider the entirety of his life and character as it evaluates this matter.

Sincerely,

*Susan Motha*

Susan Motha

508-308-4071

SFBM18@GMail.com

The Honorable Darrin P. Gayles
United States District Judge

Dear Judge Gayles,

My name is Jeff Motha. I am an electrician, a husband, and the father of two beautiful children. Most importantly for the purpose of this letter, I am DJ's younger brother. I have known DJ my entire life, but he has been much more than a brother to me. He has also been my best friend, business partner, role model, and confidant.

I do not know many people who have the kind of relationship with their sibling that DJ and I share. Our relationship exists on so many levels, and what makes it even more remarkable to me is that DJ left for Miami when he was 18 years old, when I was only 13, and never came home to live again. Despite the distance and the years we have spent apart, we have remained incredibly close. I speak with my brother almost every day, and he continues to be one of the first people I turn to for advice, perspective, and honesty.

Growing up, DJ was the kind of older brother who always included me. Despite our age difference, he let me play in the fake wrestling matches he had with his friends when WWF was a huge part of our childhood. He included me in pickup football games and made sure I never felt like the younger brother who was in the way. He also always stood up for me. Whether it was other kids or even our parents, DJ was there to defend me. There were times when he would even take the blame for things I had done as a kid, despite having nothing to do with them.

We could not have been more different as students. DJ was the kid who took honors and AP classes, was always home on time, and seemed to do everything right. I, on the other hand, was mostly just happy to graduate high school. Despite our differences, he never judged me or made me feel like I was less than him. He simply continued to be my brother and my biggest supporter.

Helping others has always been a part of who DJ is. I have seen him help people financially, give his time and energy to friends and family, and show up when someone needs a physical hand with something as simple as moving. He has also dedicated his time to young people in his community through a non-profit organization called Little Lighthouse Foundation. He has not only been a big brother to me; he has chosen to take on that role for children who need a positive and dependable person in their lives.

DJ is also a devoted father. I have watched him with his son, Levi, and it is clear how much love and attention he gives him. He plays with him, spends time with him, and is fully engaged in his life. As a father myself, I have learned that being present and patient with young children can be harder than it sounds. DJ embraces that responsibility. He is also a loving and supportive husband who cares deeply about his wife and the family they have built together.

DJ's absence would be felt by so many people. It would be felt by the children he has dedicated his time to and talks about so often. It would be felt by the many friends who rely on him, just as he has always been there for them. Most of all, it would be felt by his wife and son, who need him during these important years of their lives.

And, selfishly, it would be felt deeply by me. I talk to my brother almost every day. I rely on him for advice, perspective, and the kind of honest conversations that are difficult to have with anyone else. Losing that presence in my life would be incredibly difficult.

I also want to speak to what I have seen in DJ since this happened. I speak with him regularly, and I can tell you that he is truly remorseful. He has accepted responsibility for his actions and understands the seriousness of the position he has put himself and his family in. From my conversations with him, it is clear that he wants to move forward differently and do everything he can to make sure he is never in this position again.

DJ has told me that he wants to dedicate his life moving forward to being a positive example for his family and his community. I believe he understands that words alone are not enough and that he will have to demonstrate that commitment through his actions. Knowing my brother as I do, I believe he is capable of doing exactly that.

Whatever the outcome, our family is prepared to stand beside DJ and his family and help them through this, just as DJ has always stood beside us. My parents, my wife, our children, and I are ready to be there for them in whatever way they need. We hope, of course, that our future trips to Miami will simply be to escape the cold Massachusetts winters and spend holidays together as a family.

There are few guarantees in life beyond death and taxes, but I believe one thing with absolute certainty: DJ wants to move forward from this and never find himself in a courtroom again. More importantly, he never wants to do anything that could jeopardize even one minute with his wife or his son.

In closing, DJ is an incredible brother, son, friend, role model, husband, and father. I know I am biased, but I also know him better than most people ever will. I have spent my entire life watching him show up for the people he loves, and I have personally experienced his loyalty, generosity, and willingness to put others before himself.

Your Honor, I respectfully ask that you consider the person DJ has been throughout his life, the people who depend on him, the remorse he has expressed, and his commitment to making better choices moving forward. I understand that the Court must consider all of the circumstances before it, and I respect your responsibility in determining the appropriate sentence. From my perspective as his brother, I believe that a sentence of probation would allow DJ to take responsibility for his actions while continuing to support his wife and raise his young son, contribute to his family and community, and demonstrate through his actions that he has learned from this experience.

Thank you for taking the time to read my letter and consider my perspective on my brother.

Respectfully,

Jeff Motha
508-596-6658

The Honorable Darrin P. Gayles

United States District Judge

Dear Judge Gayles,

My name is Kirsty Motha, and I am Daniel's sister-in-law. I met DJ when I was 17 years old and had just started dating his brother, Jeff. He instantly teased me about my age, and I now get to tease him about being elderly for the rest of his life, so I suppose we have evened things out.

I never had an awkward "meet the family" moment with DJ. It was immediately clear to me that, as a testament to the incredible parents who raised him, DJ wanted nothing more for his little brother than his happiness. There were no strings attached and no tests to pass, if Jeff was happy, DJ was happy. Even though DJ was living 1,000 miles away, from the very beginning I could see that he and Jeff had one of the closest sibling relationships I had ever witnessed. I always found that especially remarkable because they are five years apart and have spent so much of their lives living far from one another. Yet then, as now, they have remained in constant communication and know the details of each other's lives.

I once asked my mother-in-law why she thought their bond was so strong. She told me it was because DJ always included his little brother. When other kids might have brushed their younger siblings off, DJ always invited Jeff to tag along. In many ways, Jeff has been tagging along ever since.

When I was asked to write this letter, I felt honored, but I was also nervous. I don't have one or two grand, extraordinary examples of kindness that stand out above everything else. Then I took a step back and realized what I do have: a million little moments I have witnessed over the past two decades that have shown me what an incredible brother, son, uncle, friend, and now father DJ is.

When my first child was born five years ago, it was during COVID, when hospitals were not allowing visitors. DJ was sitting on my couch with a huge smile on his face when I opened the door of my house for the first time with a newborn in my arms. As excited as he was to meet and love on the first baby in the family, the very first

thing he did was give me a hug and ask how I was feeling and whether I needed anything. Those are things you never forget as a new mother.

Truthfully, when I think back on many of my biggest moments and the memories that come with them, DJ is there. I think of the small moments too, my children playing in the other room while my mother-in-law asks them if they want to call Uncle DJ, followed by giggling and running through the house with the phone. There is the countdown calendar on my five-year-old's wall so he can see how many "sleeps" remain until Uncle DJ and his family come "home." And, of course, there are the major moments, our wedding, where DJ stood beside us as our best man, and the births of our children. He has always been there.

DJ always shows up. It is easy to call yourself a big brother or a fun uncle, but it is something entirely different to truly fill those roles by consistently showing up, regardless of how far away you are, how expensive it may be, or how inconvenient it may be.

When I was seven weeks postpartum with a nursing newborn, DJ was getting married. I can't think of many other people for whom I would have packed up a newborn and squeezed myself into a formal dress, but there was no way I was going to miss that moment. DJ and his wife made every possible accommodation for us. They never made me feel like an inconvenience; they were simply thrilled that we were there.

The only thing I have enjoyed more than watching my children's bond with their uncle has been watching DJ become a father to his own precious little boy. He is patient, loving, and completely devoted to his son. It is blaringly obvious to anyone who has seen them together that he truly loves fatherhood and has thrown himself wholeheartedly into being a dad.

We are hopeful that Levi will continue to have his father by his side during these formative toddler years.

In closing, I feel incredibly honored to be a part of DJ's family as his sister-in-law and friend. I feel lucky to be in the orbit of him and the family he has created. I am confident that, regardless of the outcome here, nothing can change the strength of our family dynamic or the support we will always have for one another.

Thank you for taking the time to read my letter and consider my perspective on the person I have known and loved for nearly two decades.

Sincerely,

Kirsty Motha
Sister-in-Law

August 11, 2026

The Honorable Darrin P. Gayles
United States District Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Dear Judge Gayles:

My name is Merci Serrano. I am Daniel's mother-in-law, and I am writing this letter to share my experience of his character as the Court considers his sentencing. I have known DJ for 10 years, and in that time, he has earned the full love and respect of me and my family. No one is perfect in this world, but he has continuously shown himself to be a loving and devoted father, a caring husband to my daughter Nicole, and a generous, loyal friend, brother, and son.

As present as I was, my daughter Nicole didn't grow up with a steady male figure in her life and one thing I will always be thankful for DJ for is that he has been that to her. He is a patient, supportive, generous, and loving partner. He brings lightheartedness, stability, and practically to her life.

That same devotion only deepened when he became a father. As a parent, DJ has shown just how loving and caring a person he is. I regularly see how deeply concerned he is for the well-being of my daughter and grandson, Levi. Coming from a different generation, I love to see how involved he is in everything as well. From doctor's appointments to music classes and playground visits. I am especially thankful for the way he has supported my daughter through her postpartum period which has been difficult while she recovered from major surgery and adjusted to her new life. He really stepped in physically, mentally and emotionally so my daughter could fully focus on caring for their son and recovering herself.

DJ has also been a caring son-in-law, always looking out for us even when we never asked him to. One time, he noticed we were overcharged on our property taxes, and he helped us recover some money which is always such a huge help for us as we're retired and live solely on social security income. He helps around the house when we can't manage on our own. When we moved to Naples some years ago, DJ never missed the opportunity to visit us and make the two-hour drive even during his busy schedule. He is always present and knowing that gives me comfort.

I ask that you please consider DJ's role in my daughter and grandson's lives. I am there for them as a family, but I am older now, and I cannot give Nicole the kind of support DJ gives her every day raising their son. He is their support system, their advocate, and their protector. His absence would greatly hurt as my daughter navigates life with a young child.

Thank you for your consideration of my son-in-law, DJ.

Sincerely,

Merci Serrano

Merci Serrano
954.918.1564
mercysr05@gmail.com

THE
BOSCHETTI GROUP
DEVELOPMENT CONSTRUCTION

8/3/2026

The Honorable Darrin P. Gayles
United States District Judge
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

Dear Judge Gayles,

My name is Jose Boschetti. I am the Founder and CEO of The Boschetti Group, a real estate development and investment company I built over many decades in South Florida, focused on large-scale luxury residential development. I have known DJ Motha for twenty-one years. I am not writing this letter because someone asked me to check a box. I am writing it because DJ matters to me as a professional, as a person, and as someone I have watched grow from a young man into the accomplished and principled person he is today.

DJ came to work for me in 2005 as an Assistant Controller. He was young, hungry, and immediately impressive, not just in his technical abilities, but in the way he carried himself. In the real estate development business, you learn very quickly who has genuine character and who is performing it. He absorbed everything, asked the right questions, took on more than was expected of him, and never once made me regret the decision to bring him in. It did not take long before he had grown into the Controller role, overseeing the full financial operations of the company managing tens of millions of dollars across active development projects. He earned every bit of that responsibility.

By nature, I am a private person. I have built my business carefully and guard my personal affairs closely. Over the course of my career, I have trusted very few people with my personal financial matters, not just the company's books, but my own. DJ was one of those people. I gave him access to and responsibility for my personal finances because I trusted him completely, not just his competence, but his integrity and his discretion. That is not a decision I made lightly and it is not one I have ever regretted. In all the years DJ handled those matters, he was honest and completely trustworthy. He treated my personal financial life with the same care and seriousness he brought to everything else.

What developed between us over those years was something more than a professional relationship. I became, in some ways, a mentor to DJ, someone he could come to not just with business questions but with bigger questions about his career, his direction, his goals. I watched him think through decisions with integrity. When he left in 2011 to pursue other opportunities, I was proud of him for it. And when he came back in 2013, I was glad to have him. The fact that he returned, and that I welcomed him back without hesitation, tells you something about what we had built together. Over the years he has even developed a friendship with one of my sons and my wife.

I know why DJ is before your Court. I know the details of what happened and I will not pretend it did not. What I will tell you is that it does not match the person I have known for twenty-one years. I have thought about it a great deal, and what I believe is that DJ found himself in an extraordinarily difficult professional situation and made serious mistakes under pressure. He has accepted full responsibility for those mistakes which is entirely consistent with the person I know. DJ has never been someone who hides from hard things. When he is wrong, he says so. That kind of accountability is rarer than people think.

5701 Sunset Drive, Suite 128, South Miami, FL. 33143 ◦ Mobile (305) 332-0258 ◦ Email Jose@theboschettigroup.com

THE BOSCHETTI GROUP
DEVELOPMENT CONSTRUCTION

I am asking you, Judge Gayles, to consider the full measure of who DJ is, not just this chapter, but the whole story. He is a devoted father, I get photos updates frequently, to a baby boy who needs him present. He is a professional with genuine talent and a real future ahead of him. He is a person with deep roots in his community and a network of people, myself included, who believe in him and are committed to supporting him through whatever comes next. I have no doubt that given the opportunity to remain in his community and make things right, DJ will do exactly that.

I am available to speak with anyone who has questions about what I have shared here.

With respect,

Jose Boschetti
Founder and Chief Executive Officer
The Boschetti Group
5701 Sunset Dr Ste 128, South Miami, FL 33143
JBoschetti@TheBoschettiGroup.com
305-790-8729

Jennifer Duran
(305) 778-5523
JDDDENISE23@GMAIL.COM

The Honorable Darrin P. Gayles
United States District Judge

July 31, 2026

Re: Daniel Motha

Dear Judge Gayles,

My name is Jennifer Duran, and I am writing this letter in support of Daniel Motha. I have had the privilege of knowing Daniel for over 15 years as both a close friend and former coworker.

Throughout the years, Daniel has consistently demonstrated qualities that speak to his character. He is caring, compassionate, intelligent, and genuinely kind. He has a remarkable ability to make people laugh and put those around him at ease.

When I first began my career in accounting, Daniel played a significant role in helping me build my foundation. He patiently taught me the basics of accounting and never hesitated to answer my many questions. No matter how busy he was, he always took the time to mentor and encourage me. I truly credit him with helping me develop the confidence and knowledge that have contributed to my career today.

Over the years, I have also had the opportunity to watch Daniel grow personally. He has become a devoted husband and, more recently, a loving and dedicated father to his son. His family is clearly the center of his life, and he takes those responsibilities seriously.

No one is perfect, and everyone is capable of making mistakes. What truly matters is how a person responds to those mistakes. Based on the Daniel I have known for more than 15 years, I believe he has reflected on this experience, learned from it, and is committed to moving forward as a better person. This matter does not define the man I know, nor does it change the trust, respect, and confidence I have in his character.

I respectfully ask the Court to consider the many positive qualities Daniel has demonstrated throughout his life and the person I know him to be. Thank you for taking the time to consider my letter.

Respectfully,

Jennifer Duran

LITTLE LIGHTHOUSE FOUNDATION
Positively Impacting the Lives of Underserved Children

The Honorable Darrin P. Gayles
United States District Judge
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Gayles,

My name is Nazeem Hasan and I am the Program Director for The Little Lighthouse Foundation (LLF), a non-profit focused on helping underserved children and families facing hardships by recruiting community volunteers to support local partner facilities. I am writing this character letter to express my utmost respect and admiration for Daniel Motha. Through his dedicated work with LLF, particularly within the Story Hour program at Chapman Partnership, Daniel has proven to be an invaluable pillar of support and a transformative figure for the youth he serves.

I have known Daniel for about a year through his work with LLF. His reliability and consistency were so evident that I personally referred him to the LLF Board to serve as a Chapter Leader. During this summer, when I was managing with limited support, Daniel was there at every moment to assist, proving himself an invaluable partner in our efforts at both the weekly Story Hour as well as additional events. Story Hour is designed to entertain and educate homeless children living at the Chapman Partnership facility through one-on-one readings, arts and crafts projects and occasionally outdoor activities. As Chapter Leader, Daniel organizes and plans the Story Hour projects, manages the other volunteers that come and reads with a child each week.

In a society where 79% of Black boys grow up in homes without a father, the presence of strong,reliable male mentors is not just beneficial—it is critical. Daniel steps into this void with a profound sense of purpose. He brings an abundance of care, kindness, and leadership to young boys during a pivotal stage of their personal development. His commitment provides these children with a stable foundation and a positive blueprint for manhood.

In my work with delinquent youth in Miami, I see firsthand the challenges that many of our young people face. Daniel's story serves as a powerful example for other incarcerated youth in the city. With incarceration rates among Black and Brown boys in Miami reaching 60%, hearing Daniel's journey can provide a necessary catalyst for these young individuals to make better decisions and choose a different lifestyle.

Daniel's impact is perhaps best illustrated by his consistency and the deep bonds he forms with the children. His patience and reliability are unmatched, and he never hesitates to step forward whenever help is needed. The children recognize and crave this stability. In fact, one student in

LITTLE LIGHTHOUSE
FOUNDATION
Positively Impacting the Lives of Underserved Children

the program grew so attached to Daniel that he would ask for him specifically week after week, showing visible sadness on the rare occasions Daniel could not attend. In addition to his direct work with LLF, the kids at Chapman directly requested Daniel to come on 2 of their field trips this past summer. He was the only volunteer from LLF who was invited and attended. This level of connection speaks volumes about Daniel's ability to make children feel safe, seen, and valued and combats adverse childhood experiences (ACEs) which can adversely impact a child's development.

From the very beginning, Daniel's leadership potential was unmistakable. I knew from my first interaction with Daniel that he would become a phenomenal leader within LLF. He has exceeded those expectations, serving as an extraordinary role model for the boys. I deeply appreciate Daniel's unique presence, which balances a kind, nurturing heart with a stern, authoritative guidance. This balance creates an environment of respect and structure that these young boys truly need.

Daniel exemplifies the very best of community leadership and mentorship. His selflessness, strength of character, and unwavering dedication to uplifting the next generation make him an asset to any organization or community. I truly hope you will consider these wonderful traits when making your decision.

Sincerely,



Nazeem Hasan, M.A. CCC-SLP

Program Director, The Little Lighthouse Foundation Inc.

Rob Obi-Tabot
(508) 963-6959
robertobitabot@gmail.com

July 30, 2026

The Honorable Darrin P. Gayles
United States District Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

**Re:** Character Letter in Support of DJ Motha

Dear Judge Gayles:

My name is Rob Obi-Tabot, and I respectfully submit this letter in support of DJ. I have known DJ since we were eight years old, when we met in the third grade at Brophy Elementary School in Framingham, Massachusetts. We have been close friends ever since. My parents are both Cameroonian immigrants, and we moved to Framingham from Missouri while my father was pursuing his medical residency. They chose Framingham as the place to raise my brother and me, but it was difficult for our family to connect with others in a community that was not especially diverse at the time. DJ was my first friend there and my first real experience of being welcomed into another family's home. His parents, Ron and Sue, and his brother, Jeff, have always treated me like family. I still remember meeting DJ for the first time, with his goofy smile, flowing strawberry-blond hair, and persistent effort to get to know me and make me comfortable in a new environment. That was, and has always been, who DJ is. Although DJ has lived in Florida for much of the last twenty years while I have remained mostly in Massachusetts, we still find time to see each other a few times a year. He has also always been the better friend about checking in by phone and text.

DJ has always been generous with his time, knowledge, and support. One example that stands out is when my wife and I were preparing to purchase our first home. I did not grow up with strong financial guidance, so when it came time to understand credit reports, savings for a down payment, choosing the right investment, and making sure we did not overextend ourselves, DJ was the first person I turned to. He never judged me for asking what some people might consider basic questions. Instead, he helped me navigate the process with patience and respect. His guidance relieved much of the anxiety that comes with such an intimidating and important decision. Being vulnerable is not always easy, but

DJ's nonjudgmental and helpful manner allowed me to make more prudent decisions for my family's future.

Over the years, I have also come to know DJ's wife, Nicole, and I have had the privilege of holding their son, Levi, on a few occasions. It has been meaningful to see DJ as a husband and father, roles he takes very seriously. When my own son was diagnosed with leukemia in 2023, DJ was caring and supportive from afar in Florida. During long periods when I had to live at Boston Children's Hospital while caring for my son through cancer treatment, the days could feel lonely and overwhelming. Conversations with DJ, with his familiar humor and warmth, gave me needed levity during some of the hardest moments of my life. At the same time, he showed genuine interest in how I was caring for my son—the feedings, diaper changes, bedtime routines, and other daily responsibilities that can seem mundane but are central to fatherhood. His curiosity reflected how much he valued that connection with his own child. Seeing DJ with Nicole and Levi makes me think deeply about how significant his presence is in their lives. Nicole and Levi rely on him, and his ability to remain present for them in times of joy and difficulty is incredibly important.

Since this legal situation arose, I have seen DJ take responsibility for his actions and also reflect more deeply on how the situation developed. He has acknowledged where he should have stood up and spoken out, and he understands that he would make different decisions today. In my view, DJ has sometimes struggled with not wanting to let people down, and I believe that contributed to the circumstances he now looks back on with regret. What I have seen since then is accountability, reflection, and a sincere desire to move forward in a better way. DJ is a caring and optimistic person, and I believe he has the ability to make amends, rebuild trust, and continue being a positive presence for his family and those around him. I also understand that integrity must be protected and, when damaged, restored through consistent action over time. As a father and husband myself, I will continue to stay connected with DJ and support him in every appropriate way during this next part of his journey. I respectfully ask the Court to consider the full person I have come to know through my own experience with him.

Respectfully submitted,

Rob Obi-Tabot

Jeff Jenkins
930 10th St
Miami Beach, FL 33139

August 18, 2026

The Honorable Darrin P. Gayles
United States District Judge
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

Dear Judge Gayles,

My name is Jeff Jenkins, and I consider myself one of Daniel Motha's closest friends. I am confident he would say the same. I have known Daniel (DJ) for over twenty years. We went to college together, lived together, and owned property together. Today we talk every few days and see each other most weekends. I've leaned on Daniel more times than I can remember and he has always, without hesitation, been there for me.

2012 could have been an extremely difficult, life-altering year for me. I was grieving the recent death of my mother while simultaneously having been laid off from my job. This was the first time I lost an immediate family member and the first time I had ever lost a job. I remember my outlook being pretty bleak around that time. The job market was still in a period of volatility and I was scared of the rejection and uncertainty that came with such a competitive climate. To help me get back on my feet, DJ offered to let me sleep on a mattress on the floor of his room in a shared Miami apartment for as long as I needed. DJ smoothed the situation over with his roommates, took care of the added cost, and sacrificed his personal space and autonomy, something incredibly important to a person in their 20's, for what ended up being several months.

After getting a new job, getting off the floor, and settling into a new apartment, I wanted to be as conservative as possible when it came to my finances. Primarily for that reason, I didn't go home to my native Louisville, KY for the holidays. As a Miami transplant, most of my friends were themselves transplants, so it was going to be a year where I spent the holidays on my own. Certainly not the worst thing, but still a time where loneliness, particularly after a major loss, is salient. DJ, who would go home every year to his native Boston, without being persuaded, decided to stay with me that year so that I wouldn't be alone. We celebrated together, just the two of us, in my apartment. I've always been able to count on DJ being there for me.

Years later, I had the privilege of officiating DJ and Nicole's wedding. I remember sitting in their home the moment they asked me. I was shocked, and the shock gave way almost immediately to anxiety. I had never officiated a wedding and had no idea what notes to hit or which traditions

to include. While I sat there second-guessing myself, DJ said something that will live in my mind with pristine clarity for the rest of my life. He said that he had “always pictured the three of us standing up there together.” He told me I had carte blanche over the ceremony, that they cared for me like family, and that he knew I would do a good job. When DJ loves you, you know it; he gives it openly and without pretense. I will repeat here what I said to the guests on the day of their wedding: DJ will bring joy to your life. I have never known him to have a shortage of friends, because I have never known him not to be there for one.

DJ's arrest and guilty plea left me more than disheartened. It felt so far out of character for him. We talk about it often, and when we do, he is completely transparent with me. He has never once been defensive or evasive, and he has never tried to shift responsibility onto anyone else. I know he understands that what he did was wrong, because every time it comes up he says so plainly and without hedging. He is always pensive when we discuss it and I know he feels shame and regret.

What he and Nicole worry about most is the time he would miss with their son. Levi is just beginning to walk and talk, and he is such a wonderful boy. I have never said this to DJ, but I am certain that Levi's joy comes from his father. DJ attends to him without fail, plays with him constantly, and is always trying to make him laugh. It is obvious that he loves being a dad. DJ is genuinely disappointed in himself, both for what he compromised and for what it may cost his wife and his son. Whatever the Court decides, I will be there for him and for his family throughout, as he has been for me for over twenty years.

As I enter middle age, the importance of my relationships with family and friends comes into sharper focus, and I spend a good deal of time thinking about how lucky I am to be loved the way DJ loves the people in his life. He will always be my dear friend, and I will always be there for him, as he has been for me. He is a devoted husband, a true friend, and a good man. Thank you for your time and for considering what I have shared.

Sincerely,

Jeff Jenkins

Jeff Jenkins
305-968-1809
JJenkins120@gmail.com

**The Honorable Darrin P. Gayles**
United States District Judge
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue, Room 11-1
Miami, FL 33128

September 4, 2026

**Re: United States v. Daniel J. Motha**

Dear Judge Gayles:

I write this letter in support of my friend, Daniel ("DJ") Motha, whom I have known for nearly 20 years. I understand that he has pleaded guilty and is before the Court for sentencing. I do not write to minimize the seriousness of what brought him before the Court. Rather, I hope to share something about the person I have known over the years and the role he has played in the lives of my family and me.

DJ has been an important part of my life for a long time. We first met through classmates of mine while I was a law student at the University of Miami and became fast friends. Shortly after graduating, I found myself in need of housing on short notice. DJ was one of the first people I called – and we ended up as roommates for nearly five years.

That experience gave me the opportunity to know DJ in a way that is difficult to gain through friendship alone. When you share a home with someone for that length of time, there is a certain kind of understanding that develops. You see their routines, their successes, their struggles, their values, and how they deal with adversity. You come to understand not only how they present themselves to the world, but what makes them tick. That is the perspective from which I am speaking about DJ's character. I have known him not simply as a friend, but as someone whose life I had the opportunity to witness closely over those formative years.

One quality that has always stood out to me is DJ's generosity. I do not mean generosity simply in a financial sense. He is generous with his time, his attention, and his willingness to help. On many occasions, when I needed someone to lean on to talk about personal relationships, family drama, or career choices, DJ was there without hesitation and without expecting anything in return. When a close friend of DJ's tragically passed away unexpectedly leaving a wife and two young children, DJ was there to provide a helping hand and putting a smile on their faces when they needed it the most. These were not grand gestures performed for recognition. They were simply the actions of someone who saw that another person was in desperate need of help, and he was there in an instant.

I have seen that same quality in the way he treats his family. Watching DJ grow as a father has allowed me to see another side of my friend, one that has demonstrated depth and maturity through the love and patience only a new father can have. It is obvious how much he loves his son, and equally obvious how seriously DJ takes the responsibility of being his father.

Although life got busier, as it often does as we get older and take on new responsibilities, we never lost touch. After our time as roommates came to an end, I moved to Washington, DC. During that

time, we would keep in touch through text and stay connected in each other's lives. DJ was also there to celebrate one of the most important days of my life when he attended my wedding, and our friendship has continued through all the changes and transitions the last several years have brought. Now, my wife and I look forward to having DJ, his wife Nicole, and their son Levi spend the holidays with us. He is someone whose company I have genuinely valued, and our friendship has endured because of the kind of friend he has consistently been.

The circumstances that have brought DJ before the Court are serious, and I recognize that the Court has information and responsibilities far beyond what I can address in this letter. I can speak only to the man I know. He is beyond loyal as a friend, a generous person with his time and resources through his volunteering and mentorship, a devoted husband, and a deeply involved father.

I have also had the opportunity to speak at length about the circumstances that have brought DJ before the Court, and I believe this experience has created a paradigm shift in his values. I know that DJ accepts the consequences of his actions. I also know that he has people who love him, depend upon him, and will be there to support him as he moves forward from this chapter of his life. I am one of those people. Whatever comes next, I intend to remain his friend and to support him and his family.

Perhaps as importantly, I deeply believe that DJ has a tremendous amount to offer his community through his mentorship and natural ability to connect with people. Those qualities have always been a part of his core, and I believe they will continue to be a positive influence for those around him moving forward.

Thank you for taking the time to consider my words, and for allowing me to share the person I have come to know over the course of our friendship.

Respectfully,

Bradley Shapiro

537 Minorca Avenue
Coral Gables, FL 33134
bradleyshapiro@gmail.com

**FRANK ASTOR**
1107 Lisbon St | Coral Gables, FL 33134 | 954.224.4273

August 13, 2026

The Honorable Darrin P. Gayles
United States District Judge

Dear Judge Gayles:

I am writing on behalf of my close friend, Daniel, whom I have always known as "DJ." DJ and I met our freshman year of college, when we lived on the same floor, and we have maintained a close friendship ever since. I have known him through many different stages of our lives—from college students finding our way, to building careers, getting married, and starting families. Over all of those years, I have had the opportunity to know DJ not simply as a friend, but to see firsthand the consistency of his character, the way he treats the people around him, and how reliably he shows up for the people in his life.

One of the things I have always valued most about my friendship with DJ is how readily he gives his time and energy to the people he cares about. He has never treated friendship as something transactional, and over the years I have seen that in both small ways and significant ones. A particularly meaningful example came when my wife and I moved to Miami from Dallas and began looking for a home. DJ used his professional experience to help us throughout the process, joining us for multiple showings, helping us understand the market, and walking us through the terms of the purchase agreement. He devoted a considerable amount of time to helping us make what was a major decision for our family. When it came time for him to be compensated for that work, however, DJ did not want to charge us. He knew we had stretched ourselves financially to purchase our first home here, and his concern was simply that we get into the right house without adding another financial burden. We never asked that of him. It was simply something he chose to do for us as a friend.

That experience is representative of the person I have known for more than two decades. DJ has always been generous with his time and willing to step in when someone close to him needs help. What has also always struck me is that professional success never seemed to change him. As his career progressed and he achieved things that he could rightly have been proud of, the DJ I knew remained the same person I met in college. He stayed connected to his longtime friends, remained close to his family, and never carried himself as though his success made him more important than the people around him. To those of us who have known him the longest, that consistency has meant a great deal.

I am aware of the serious legal situation that has brought DJ before the Court, and I do not intend to excuse the choices that led him here or suggest that those choices did not have consequences for other people. DJ has made some poor decisions, and those decisions are something he will have to live with and learn from. At the same time, I do not believe those decisions, serious as they are, tell the complete story of who he is. From what I know of DJ and from what I have seen as he has confronted this situation, I believe he now understands that choices he may not have fully appreciated at the time had real consequences for others. I believe that understanding will remain with him for the rest of his life.

I understand that DJ's choices could cost him his freedom. I truly hope that there is some other path to reach justice that does not include incarceration. DJ's absence would be felt far beyond his circle of friends. He is now a husband and the father of a young son. His wife and son are at a stage of life when his presence, support, and involvement are especially important. His absence

would undoubtedly cause trauma to his son, who would become an unfortunate victim of this situation through no fault of his own. DJ is also extremely close to his parents and brother, and they depend upon that relationship in a way that is difficult to replace. His close friends would certainly feel his absence deeply, but I recognize that what we would lose does not compare to what his wife, son, and family would experience without him present in their daily lives.

I believe DJ is capable of taking responsibility for what has happened and becoming better because of it. Those of us who have known him for many years will continue to support him, hold him accountable, and help him move forward in a positive and responsible way. My confidence in him does not come from believing he is incapable of making mistakes. The circumstances before the Court make clear that he is. It comes from knowing the person he has been over the course of our friendship and believing that the qualities I have personally witnessed in him—his loyalty, generosity, devotion to the people closest to him, and willingness to help others—are still very much a part of who he is.

Thank you for taking the time to consider my perspective and for allowing me to share something about the DJ that I have been fortunate to know for so many years.

Respectfully,

**Frank Astor**

The Honorable Darrin P. Gayles
United States District Court

Dear Judge Gayles,

My name is Daniel Norber; DJ Motha and I were roommates in college, he was a groomsman at my wedding, and we chat at least monthly on topics from finance to fatherhood. I have quite literally watched DJ grow from a goofy teenager who thought we should start a reality TV show where two of our friends drove across the country in an RV eating only fast food to see who could gain the most weight to the caring, dedicated, husband, father and professional he is today.

I am also someone who believes character is a muscle, and the best examples of it are not in one grandiose "saving a kitten in a tree" moment, but in how a person acts every day.

When Dj and I talk on our scheduled lunch Zoom he, without fail asks how my wife, Lauren is doing. Lauren has had long Covid for about 2 1/2 years. It may sound like a little thing, but of all my closest friends he is the ONLY one who consistently asks. It's just so easy to forget something like that, or normalize it - but DJ never has. For someone with a spouse who has an invisible, chronic illness, his consistency of "seeing" her and seeing me is something I do not take for granted.

DJ and I haven't lived in the same place for over 20 years. But on the rare occasion that I've found myself in Miami DJ always makes time to have breakfast or get coffee. When we have organized college-friend trips, DJ is always the first one to say 'I'm in' and offer to help. He once picked me up from the airport and drove four hours to one of these trips…despite the fact that he had ligament damage in his ankle which made sitting in the car for that long pretty painful. DJ is there for his friends.

I'm certainly not the only person who counts on DJ. He is the primary earner for his family while also being an exceptionally dedicated father. I give him a hard time because we recently postponed one of our monthly Zoom chats to take his son, Levi, to the zoo. His family, especially Levi (who is entering the age when memories start to get sticky) will suffer deeply from any separation and from the inevitable financial impact that will result from harsh punishment.

We are all better than our worst decisions. DJ made a mistake, one he told me about even though he could have waited, or not said anything about. That honesty with me is yet another display of muscle memory of his character.

Just as DJ has always been there for me, I will always be there for him. He is a good man, of strong character. And when we chat every month, just as he asks me about Lauren, I will ask him how his supervision is going, how he's progressing and what I can do to help. DJ has earned that loyalty from me, and I hope he will earn that leniency from the court.

Sincerely,

*Dan Norber*

Daniel Norber
danielnorber@gmail.com
314-703-2808

Rafael Miguel Jadoo
4718 SW 67th Ave, B4
Miami, FL 33155
305-322-0945
rmjadoo@gmail.com

08-21-2026

The Honorable Darrin P. Gayles
United States District Judge

Dear Judge Gayles,

My name is Rafael Jadoo, and I am writing to share the true character of my friend Daniel Motha ahead of his upcoming sentencing. I have known Daniel for almost twenty years, and I consider him one of my closest friends. Over that time we have been there for each other through many chapters of life, and I believe I know him well enough to speak honestly to his character. I would like to share a few specific moments that I believe show who Daniel really is.

When Daniel and I lived together, several hurricanes passed through South Florida. He helped secure our own place, but what stood out to me was that he also made a point of helping to secure my parents' home and the homes of several other friends. He kept doing this even after he moved out on his own.

Another moment that comes to mind is from a few years ago, when a close friend lost his job. Daniel reached out to me and several other friends to help him find new work. He was genuinely concerned and wanted to help his friend get back on his feet.

These are not isolated moments; they reflect a pattern I have seen in Daniel again and again over the years. He has always been kind, dependable, and trustworthy.

I would also like to speak to Daniel as a husband and father. He is devoted to his wife, Nicole, and their son, Levi, and he makes a point of being present for both the big moments and the small ones. When I visit, I can see how excited he is to share the latest story from Levi's bath time or bedtime routine. Our friends often remark on how naturally affectionate he is with his son, always ready to scoop him up for a hug or get down on the floor to play. He and Nicole have built a real partnership in raising Levi, and Daniel takes on his full share of the harder, less glamorous parts of caring for a toddler: the sleepless nights, the tantrums, the endless cleanup.

Daniel's presence has meant a great deal to all of us who know him, and to his family most of all. I am aware of the legal situation Daniel is facing, and I do not want to minimize its seriousness.

What I can say, based on everything I have known of him over twenty years, is that it does not reflect the whole of who he is. Since this situation arose, Daniel has spoken with me about it directly. He has acknowledged what he did was wrong, taken responsibility for it, and committed to doing better going forward.

Daniel will not be facing this alone. I, along with others who care about him, intend to be present at the upcoming court date to support him and his family. I plan to remain closely involved in his life and will support him through whatever supervision or requirements the Court sets. I have great confidence in his character and in his ability to move forward from this and continue contributing positively to the people around him. I respectfully ask that the Court consider the full picture of who Daniel is in determining his sentence.

Respectfully,

Rafael Jadoo

Robert Loredo
Founder & CEO, Entangled Solutions Group
18010 NE 19 Avenue
North Miami Beach, FL 3162

August 6, 2026

The Honorable Darrin P. Gayles
United States District Judge
United States District Court

Dear Judge Gayles:

I am writing in support of my longtime friend, Daniel J. Motha (DJ), and to respectfully offer my perspective on his character for the Court's consideration. I have known DJ for more than 20 years, beginning when we were in college. During that time, we have remained good friends and confidants, interacting occasionally to regularly through personal conversations, community activities, and discussions about business and financial matters. Because I have known him through many different stages of his adult life, I believe I can provide an informed and honest account of the person I have experienced him to be.

One example of DJ's willingness to help others occurred when I was considering the purchase of a multifamily property. As a real estate professional, he helped guide me through the purchasing process and provided practical insight into the opportunity and its potential risks. His assistance went beyond simply completing a transaction. He took the time to discuss the financial considerations with me, answer questions, and help me better understand the decision I was making.

That experience reflects a pattern I have observed throughout our friendship. DJ frequently shares his knowledge of real estate, finance, investments, and current economic topics with friends and others around him. Much of this guidance has been offered informally and without being requested. A normal conversation with him can become an opportunity for someone to learn about a financial issue, recognize a potential opportunity, or avoid a decision that may carry unnecessary risk. He is willing to encourage people when he believes they are pursuing something worthwhile, but he is equally willing to tell a friend when greater caution is needed.

DJ has also consistently been someone friends and family can rely upon during difficult periods. He makes himself available to listen, offer guidance, and help people think through personal or financial challenges. What has always stood out to me is that he often looks for opportunities that may benefit others without first calculating what he will receive in return. He contributes his time, attention, experience, and encouragement to people who are trying to improve their circumstances or succeed in some aspect of their lives.

DJ's absence would therefore affect more than his own circumstances. It would remove an accessible and trusted source of support from the lives of people who have relied on him. The ability to call someone at almost any hour to ask a simple question, discuss a difficult decision, or

talk about events affecting the community is meaningful. DJ has filled that role for many years. His combination of availability, practical knowledge, commitment, and personal guidance would not be easily replaced by any one person.

I understand the seriousness of the legal situation before the Court. Learning of it was both shocking and difficult for me. I do not offer this letter to minimize the conduct, excuse it, or question the legal process. I offer it because I believe the matter before the Court, however serious, does not represent the entirety of DJ's character or erase the positive role I have personally seen him play in the lives of others.

In my conversations with DJ since this situation arose, I have observed remorse and an acknowledgment of the seriousness of what has occurred. He has not treated the circumstances casually. My impression is that he understands the consequences of his decisions and recognizes the need to learn from them, accept accountability, and make better choices going forward. Over the years, I have known DJ to reflect on his experiences, adjust his course, and share lessons learned with others. For that reason, I believe he has the capacity to respond to this situation with genuine personal change.

I also believe his young son, Levi, gives him an especially important reason to build a responsible and stable future. DJ now has the obligation and opportunity to demonstrate to his son what it means to accept responsibility, correct one's path, and live in a manner worthy of trust. His continued presence, guidance, and positive involvement in Levi's life could have a lasting impact on his child and family.

I remain willing to support DJ as he moves forward, including by being available for honest conversations, encouraging accountability, and helping him remain focused on his family, responsibilities, and constructive participation in the community. Based on more than two decades of friendship, I believe he is capable of learning from this experience and making meaningful contributions in the future.

I respectfully ask the Court to consider DJ's full character, his longstanding relationships, his support of others, his role as a father, and his potential for rehabilitation when evaluating his circumstances. Thank you for taking the time to consider my perspective.

Respectfully submitted,

Robert Loredo

MP

Mayra S. Pinos
4141 Silver Spur Dr.
Prosper, TX 75078

August 12, 2026

The Honorable Darrin P. Gayles,
United States District

Re: Character Reference for Daniel Motha

Dear Judge Gayles.

I am writing this character reference letter on behalf of my long-time friend, Daniel Motha. I have known Daniel for over twenty years, and I am thankful for the chance to share my insight into his character as you consider his case. Over the past two decades, I have seen Daniel consistently demonstrate kindness and generosity to the people he loves. He is, above all, a deeply loving husband and a devoted father who is strongly devoted to his family. His family is the absolute foundation of his life, and he strives relentlessly to provide them with a stable, caring, and nurturing home.

Daniel's true character is best reflected in how he shows up for others during their darkest moments. When my husband passed away in 2013, leaving me a young widow to raise two young boys alone, Daniel was a vital source of support and a great friend and to this a role model for my now 17 and 15 year old boys. During a period of overwhelming grief, he came forward without hesitation or request. It was a shock to me to find out that in my darkest hour, many people abandoned me, but not Daniel. He was a good friend to my husband in life and then in death.

469-980-0774 4141 Silver Spur Drive Mayra.pinos@gmail.com

Mayra S. Pinos
4141 Silver Spur Dr.
Prosper, TX 75078
August 12, 2026

Daniel showed up, offered help, looked out for my sons, and provided our family with a trusted friend when we needed it most. That selflessness is part of Daniel's character.

I understand the seriousness of the proceedings before your court. I respectfully ask that you consider Daniel's lifetime of good character, his capacity for deep compassion, and the vital role he plays in his family's daily lives. Removing him from his family would create a serious hardship for his spouse and child, who depend on his presence, guidance, and support every day.

I humbly ask the court for leniency on Daniel's behalf and respectfully ask that you allow him the opportunity to remain with his family. Thank you for your time and consideration.

Respectfully,

Mayra S. Pinos

469-980-0774 4141 Silver Spur Drive Mayra.pinos@gmail.com

Shavon Whitehead
930 10th St
Miami Beach, FL 33139

August 16, 2026

The Honorable Darrin P. Gayles
United States District Judge

Dear Judge Gayles,

I met DJ in the spring of 2014, when I moved back to Miami after serving in the Peace Corps to be with my now-husband, Jeff. Jeff, DJ, and I lived together, and the character I saw then is the same one I've known for the twelve years since. These days, our trio has grown to include DJ's wife, Nicole, and now their son, Levi. We see each other almost every weekend: Sunday dinners, board game nights, cheering on our alma mater at University of Miami football games, and trips to Miami's lesser-known corners. We've been through nearly everything life offers together, from birthdays abroad, to weddings, and the birth of their son. Over these twelve years, DJ has become family to me, and I'm writing this letter as family.

From the beginning, I noticed how DJ treats people. Soon after I moved to Miami, he helped me plan Jeff's 30th birthday when I was overwhelmed by the logistics, not because I asked, but because he noticed I was struggling. That night, DJ struck up a conversation with strangers at the birthday party and made them feel like old friends. About a year ago, more than a decade later, we called those same people out of the blue, and their excitement to hear from DJ told me everything about the impression he'd left. That instinct, to notice people, to make them feel valued, extends to how he handles situations, both big and small. After group trips, DJ is the one who takes the time to make sure every shared expense is settled fairly and accurately, down to the last detail, long after everyone else has stopped thinking about it. He's also simply there, in the ways that matter most. When we're out of town, DJ waters our plants without being asked twice. When our power goes out, he and Nicole open their home to us. A few weeks ago, when our A/C went out in the middle of a Miami summer night, DJ's first response wasn't "that's rough," it was "come stay with us."

That same reliability shows up well beyond our family. In 2016, when I was a Program Director at The Little Lighthouse Foundation, I invited DJ to join me at the Story Hour program for the children at the Chapman Partnership shelter. Nearly a decade later, DJ is now the chapter leader for that same program, a standing Tuesday commitment he hasn't missed. He's become enough of a fixture in the children's lives that the shelter has invited him to their own events, something I've never heard extended to another volunteer. At home, he is just as present. DJ handles Levi's morning routine, reads to him regularly, chases him around the house, and takes him on walks with their rescue dog Luna. Levi is a year and a half old, an age where a parent's steady, daily

presence isn't a small thing, it's foundational. Nicole has been able to focus fully on their family in large part because DJ is there for the day-to-day of raising their son, not just the special occasions. If he's not there, that gap gets felt immediately. Levi loses daily time with his dad at an age where that consistency really matters. The kids at the shelter lose one of the only adults they've learned they can actually count on. Nicole loses a partner in all the parts of family life that don't pause for anything.

The conversations DJ and I have had since this began have never been about him. They've been about his family, and especially about Levi. About what this means for them and for the future he wants his son to have. What I've seen since is a man who has gone quieter about himself and more focused on the people he loves, spending more time with Nicole and Levi, more time at the shelter, more involved in our community than I think I've ever seen him. I've known DJ for twelve years, through good times and hard ones, and whatever happened, it isn't the whole of who he is to me or to the people who love him.

I have no doubt DJ understands what's at stake, and I know he won't face what comes next alone. Jeff and I, Nicole, and the rest of DJ's family will be there for him through any period of supervision, the same way he has always been there for us. I've watched him over these past several months, and what I see is someone quietly doing the work, not because anyone is asking him to, but because that's who he is when things are hardest. That has been true for the twelve years I've known him, and I believe it will carry him through whatever comes next. I'm grateful for the chance to share this with you, and I hope it helps you see DJ as the man his family and community know him to be.

Respectfully,

Shavon Whitehead

NK

August 10, 2026

The Honorable Darrin P. Gayles
United States District Judge

Dear Judge Gayles:

I am writing to share my personal experience with Daniel "DJ" Motha, whom I have known for approximately ten years. I first introduced him to my close friend, and they have been together ever since. Over the past decade, I have come to know him not only as my best friend's husband, but as a friend and as someone who has become a meaningful part of my family's life. This length of time has allowed me to see his character not only in significant moments, but in the small, everyday interactions that I believe reveal the most about a person.

I have also had the privilege of witnessing the positive effect DJ has had on my close friend. I was honored to give a speech at their wedding, and over the years I have watched her become more open, confident, flexible, and optimistic. I believe DJ has played a meaningful role in bringing those qualities out in her. He has a way of helping people see the lighter side of things. Even when situations are stressful, he can bring humor, playfulness, and perspective that make it easier to move forward. He has brought out a joy and security in my friend that I deeply value. To me, that speaks to his character: he does not simply bring positivity into a room; he helps the people around him feel more comfortable being themselves.

I believe you learn the most about a person's character through the small things they do, the moments that may seem insignificant at the time, but reveal how naturally they care for and respond to the people around them.

One moment that has stayed with me involved my son. When my daughter was born, my son was suddenly the older sibling, and at a social gathering I could see that much of the attention was naturally focused on the new baby. While everyone was celebrating, DJ noticed my son. He took the time to ask about his interests, engage him in conversation, and connect with him on his level. It was a small but meaningful act of attentiveness. My son felt seen by him and afterward would regularly ask when he could see DJ again. That moment showed me how naturally DJ notices people and makes them feel valued.

I have seen the same quality in my own life. During difficult periods, DJ has made a point of checking in and following up rather than simply offering a passing expression of concern. He remembers what people are going through and genuinely wants to know how they are doing. More recently, at my birthday celebration, he immediately made himself comfortable with my family and brought a warmth and familiarity that made the gathering feel like home. Several people commented afterward about how much they enjoyed his presence. He has a natural ability to make people feel welcome and lift the energy around him.

I have also seen DJ as a father, and what stands out to me is how actively involved he is in his son's life. He is deeply attentive to his son's safety, comfort, and well-being, and I have seen him pay attention to the little things like whether his son is enjoying an activity, feels comfortable in a new environment, or simply needs his father's attention. His care is both protective and encouraging; he wants his son to be safe, but he also wants him to explore, enjoy himself, and experience the world with confidence. I have

seen him attend "Mommy and Me"-type classes and participate in activities centered around building memories that are so important for a father and son. What strikes me is that he is willing to put himself in situations that may not always feel natural or comfortable, yet he does not allow that discomfort to keep him from participating. He embraces those moments, connects with other parents, and tries to ensure his son has an enriching experience. To me, that willingness to step outside his own comfort zone for his son says a great deal about the kind of father he strives to be.

In my professional experience as a licensed family therapist and infant family specialist, I also understand the importance of stable, responsive relationships during early childhood, particularly during the first three years of life when children are developing foundational attachments and a sense of safety and security. DJ's son, Levi, is still very young, and I have personally observed the warmth and connection between them. I have seen how attentive DJ is to Levi's safety, comfort, and well-being, as well as to the simple things that bring him joy. His presence provides Levi with love, consistency, and the everyday experiences through which children develop a sense of security and belonging. I know his absence would be deeply felt by his wife, my close friend, and especially by Levi, who is at such a formative stage in his development.

I am aware of the legal circumstances that have brought DJ before the Court. I do not intend to minimize the seriousness or excuse what has occurred. I can only speak to what I have personally observed. Since this situation arose, I have seen genuine remorse, accountability, and reflection. I know that he has voluntarily sought counseling and support and has been working to understand his decisions, learn from them, and make better choices moving forward. I believe those efforts demonstrate a willingness to take responsibility and grow from a difficult experience.

The person I have known for the past ten years is not defined by one circumstance. He is someone who consistently looks for the good in people, notices when others need attention, makes people feel welcome, and brings warmth and positivity to those around him. I have seen these qualities repeatedly, particularly in the small, unguarded moments that reveal who someone truly is.

I know that DJ's family will need support moving forward. His wife is someone I love dearly, and I will continue to be there for her and their son with whatever emotional and practical support I can provide. At the same time, I recognize that a husband and father has a unique place in the lives of the people who love him.

I respectfully ask that the Court consider the person I have had the privilege of knowing for the past ten years: a caring friend, husband, and father who has demonstrated the ability to reflect, take accountability, and grow from difficult experiences. I believe he has the capacity to continue moving forward in a positive direction.

Thank you for taking the time to consider my perspective and my personal experience with DJ.

Respectfully,



Nashmia Khan

**Eri Cela Psychotherapy Inc**

**Eri Cela, LMFT**

August 26, 2026

**RE: Treatment Participation and Clinical Progress of Daniel Motha**

**To Whom It May Concern:**

I am a Licensed Marriage and Family Therapist in the State of Florida and am writing this letter at the request of my client, Daniel Motha, and with his written authorization for the release of this information.

I have provided psychotherapy services to Mr. Motha during two periods of treatment. The first period extended from October 24, 2024, through December 26, 2024, during which Mr. Motha participated in 9 sessions. Mr. Motha subsequently returned to treatment on February 5, 2026, and has participated in 27 additional sessions to date. In total, I have met with Mr. Motha for 36 psychotherapy sessions across these two periods of treatment.

**Treatment Participation**

During the initial period of treatment, Mr. Motha sought psychotherapy primarily in preparation for becoming a father, with additional focus on strengthening his marital and family relationships and improving his management of anxiety and ADHD-related symptoms.

Mr. Motha returned to psychotherapy in February 2026 with similar treatment goals, now with an increased emphasis on adjusting to and managing the responsibilities and demands of fatherhood, maintaining healthy family relationships, and continuing to develop more effective strategies for managing anxiety and ADHD-related symptoms.

The ongoing legal proceedings have also been discussed in treatment insofar as they represent a significant source of stress for Mr. Motha and his family. Our therapeutic work related to this matter has focused on managing the emotional and psychological stress associated with the legal process, maintaining functioning during a period of uncertainty, and addressing the effects of this stress on his marital and family relationships. The underlying facts and circumstances of the legal case itself have not been a focus of my clinical work with Mr. Motha.

Across our work together, Mr. Motha has been engaged in the therapeutic process and willing to examine his own behaviors and interpersonal patterns. Treatment has included developing greater awareness of how his responses and behaviors affect his relationships, strengthening his capacity to manage life and family stressors, improving his engagement within family relationships, and developing strategies for managing anxiety and ADHD-related difficulties.

**Clinical Progress**

Over the course of treatment, I have observed meaningful progress in several areas of Mr. Motha's functioning. He has demonstrated increased insight into his own behavior and a greater willingness to examine personal patterns that may contribute to interpersonal difficulties. He has also developed greater awareness of his responses within important relationships and has demonstrated improved engagement in his family relationships.



Eri Cela ~ License: MFT 3937 ~ NPI: 128500272
info@ericela.com ~ 786.795.7955
175 SW 7th ST, Suite 1900, Miami, FL 33130

I have additionally observed improvement in Mr. Motha's ability to respond to life stressors in a more considered and adaptive manner. He has made progress in recognizing and managing symptoms associated with anxiety and ADHD and in applying strategies discussed in therapy to his day-to-day functioning.

An important aspect of Mr. Motha's therapeutic work has been his willingness to reflect upon his role within his family and relationships rather than focusing exclusively on the behavior of others. In my clinical experience with him, he has demonstrated an increasing capacity for self-reflection, recognition of interpersonal patterns, and consideration of how his own responses may affect those closest to him.

Despite the additional stress and uncertainty associated with the ongoing legal proceedings, Mr. Motha has continued to participate in psychotherapy and work toward his established treatment goals. My observations regarding his progress are based on his participation and functioning within the therapeutic context and should not be understood as an assessment of the conduct or circumstances underlying the legal matter.

Although continued therapeutic work remains appropriate, Mr. Motha has demonstrated an ongoing willingness to participate in treatment and address the concerns that have been the focus of our work. Continued psychotherapy is recommended to support and consolidate the progress he has made and to further strengthen his functioning within his family and other areas of his life.

**Limitations of This Letter**

This letter is provided solely from my perspective as Mr. Motha's treating psychotherapist. I have not conducted a forensic psychological evaluation, risk assessment, or independent evaluation for purposes of these legal proceedings. I have not independently investigated or evaluated the facts or circumstances underlying the legal case.

My comments are limited to information obtained through the course of treatment and to my clinical observations regarding Mr. Motha 's participation, functioning, and progress in psychotherapy.

This letter has been prepared at Mr. Motha 's request and with his authorization. I would be available, subject to appropriate authorization and applicable professional and legal requirements, to provide additional information concerning the treatment described above if necessary.

Sincerely,

Eri Cela

**Eri Çela, LMFT**



Eri Cela ~ License: MFT 3937 ~ NPI: 128500272
info@ericela.com ~ 786.795.7955
175 SW 7th ST, Suite 1900, Miami, FL 33130